```
               FILED
         U.S. DISTRICT COURT
        
        2005 FEB 24  A 11: 41
        
             G. WHYTE
               CLERK
```



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

### INDICTMENT FOR COMPUTER FRAUD

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO.** |
| V. | * | SECTION: **05-056** |
| **JAMES W. LEE, JR.** | * | VIOLATION: 18 U.S.C. § 1030(a)(4) |
| | | 18 U.S.C. § 2 |
| | * | **SECT. B  MAG. 2** |
| * | * * | |

The Grand Jury charges that:

### COUNT 1

A. **AT ALL TIMES MATERIAL HEREIN:**

    1.    The defendant, **JAMES W. LEE, JR.**, was employed by the City of New Orleans, State of Louisiana, for approximately nine (9) years.

    2.    The defendant, **JAMES W. LEE, JR.**, was employed as a Supervisor of Community Service for Orleans Parish Criminal District Court.

    3.    Orleans Parish Traffic Court allows individuals who are unable to pay fines resulting from a Traffic Court conviction to satisfy the payment of a fine through performance of a certain number of hours of community service.



```
___ Fee_____
___ Process__
 X  Dktd_____
___ CtRmDep__
___ Doc. No.__
```

4. The defendant, as part of his duties as Supervisor of Community Service, was responsible for the placement and monitoring of individuals who opted to perform community service in lieu of paying a Traffic Court fine.

## B. COMPUTER FRAUD

From on or about April 13, 2002, and continuously thereafter until on or about May 20, 2002, in the Eastern District of Louisiana and elsewhere, **JAMES W. LEE, JR.**, defendant herein, did knowingly and with intent to defraud, access, or cause to be accessed, a protected computer without authorization, or by exceeding authorized access, and by means of such conduct furthered the intended fraud and obtained something of value; to wit: the defendant did knowingly and intentionally accept monetary bribes in exchange for agreeing to dismiss or having dismissed a Traffic Court case, affecting interstate commerce, when the defendant dismissed, or caused to be dismissed, a certain traffic citation, thereby affecting the Driver Management

Database, a protected computer utilized by the State of Louisiana, Office of Motor Vehicles (OMV) in Baton Rouge, Louisiana; in violation of Title 18, United States Code, Section 1030(a)(4).

A TRUE BILL:

_____
Foreperson

_____
JIM LETTEN
UNITED STATES ATTORNEY
Louisiana Bar Roll No. 8517

_____
JAN MASELLI MANN
First Assistant United States Attorney
Chief, Criminal Division
Louisiana Bar Roll No. 9020

_____
ALBERT J. WINTERS, JR.
Senior Litigation Counsel
Louisiana Bar Roll No. 13606

_____
BRIAN M. KLEBBA
Assistant United States Attorney

New Orleans, Louisiana
February 24, 2005

FORM OBD-34
APR. 91

No. _____

# UNITED STATES DISTRICT COURT

_Eastern_ _District of_ _Louisiana_
_Criminal_ _Division_

## THE UNITED STATES OF AMERICA

vs.

_JAMES W. LEE, JR._

## INDICTMENT
### INDICTMENT FOR COMPUTER FRAUD

**VIOLATION:  18 U.S.C. § 1030(a)(4)
18 U.S.C. § 2**

_A truebill._

_____
Foreman

_Filed in open court this _____
_____ A.D. 2005_

_____
Clerk

Bail, $ _____

_____
**BRIAN M. KLEBBA, Assistant United States Attorney**